No. 94–229. FREDERICK *v.* STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–230. HAYES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–233. TAPIA-ORTIZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–235. LAYNE *v.* WALTER INDUSTRIES, INC., GROUP BENEFIT PLAN FOR SALARIED EMPLOYEES. C. A. 11th Cir. Certiorari denied.

No. 94–245. GAMBOA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–246. BROWN ET AL. *v.* PAIGE, STATE TAX COMMISSIONER OF WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 94–247. SCOPO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–248. WEINGRAD *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE, SUPREME COURT OF NEW YORK, APPELLATE DIVISION, FIRST JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 94–250. IN RE FORMAN. Sup. Ct. La. Certiorari denied.

No. 94–253. HELI-MEJIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–254. HENDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–263. MILLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–266. WOLFSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.